| | |
|---|---|
| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

BEFORE:  JAMES ORENSTEIN               DATE:  5/1/2013
         U.S. MAGISTRATE JUDGE         TIME:  2:00 p.m.

*Stacy Burgos, et al. v. Junk A Car Nationwide Inc., et al.*
12-CV-1370 (MKB) (JO)

TYPE OF CONFERENCE:  Settlement

APPEARANCES:   Plaintiffs    Douglas Lipsky (counsel); Ray Ajedo, David Garcia (clients)

               Defendants   Joseph J. Haspel (counsel); Peter Greenblum (client)

SCHEDULING: The next telephone conference will be held on June 18, 2013, at 12:30 p.m.

SUMMARY:  The parties agreed to settle the case. If they file a stipulation of dismissal (or, in the event court approval of the proposed settlement is required, if they file a motion for such approval) no later than June 14, 2013, I will cancel the conference scheduled above; otherwise, I direct the plaintiff's counsel to initiate the telephone conference call.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge