UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x
STACY BURGOS and DAVID GARCIA, : ECF CASE
Individually and on Behalf of All Other Persons :
Similarly Situated, :
: No.: 1:12-CV-1370 (MKB) (JO)
Plaintiffs, :
:
v. :
:
JUNK A CAR NATIONWIDE INC., JUNK A :
CAR, INC., PETER GREENBLUM and LENNY :
MUZIKOUSKY, ABC CORPORATIONS #1-10, :
and JOHN DOES #1-10, Jointly and Severally, :
:
Defendants. :
------------------------------------x

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between all parties to the above-referenced lawsuit, through their respective counsel, that:

1. The above-captioned action be and is hereby dismissed in its entirety, with prejudice, as to Plaintiffs Stacy Burgos and David Garcia;

2. This action shall be dismissed in its entirety, with prejudice, as to those who filed Consent To Become Party Plaintiff Forms (the "Opt-in Plaintiffs") if they timely submit a claim using the process set forth in Settlement and Release Agreement in this matter ("Claim Form");

3. This action shall be dismissed in its entirety, without prejudice, as to the Opt-In Plaintiffs who do not submit a Claim Form, timely or otherwise; and

4. This action shall be dismissed with no award of attorneys' fees or costs by the Court to any party.

Dated: New York, New York
       June 28, 2013

BRONSON LIPSKY LLP

By: s/ Douglas B. Lipsky
    Douglas B. Lipsky
    630 Third Avenue, Fifth Floor
    New York, New York 1007
    Phone: 212.392.4772
    Fax: 212.444.1030
    dl@bronsonlipsky.com

    Jeffrey M. Gottlieb
    nyjg@aol.com
    Dana L. Gottlieb
    danalgottlieb@aol.com
    GOTTLIEB & ASSOCIATES
    150 East 18th Street, Suite PHR
    New York, New York 10003
    Phone: 212.228.9795
    Fax: 212.982.6284

*Attorneys for Plaintiffs*

Dated: Goshen, New York
       June 28, 2013

JOSEPH J. HASPEL

By: s/ Joseph J. Haspel
    Joseph J. Haspel
    1 West Main Street
    Goshen, New York 10924
    Phone: 845.694.4409
    Fax: 866.857.1340
    JHaspel@haspellaw.net

*Attorneys for Defendants*

SO ORDERED:

Dated: Brooklyn, New York
    ~~June ___, 2013~~
    7/10/13

/s/ James Orenstein
_____
The Honorable James Orenstein, U.S.M.J.